AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Middle District of Florida
Fort Myers Division

| | | |
|---|---|---|
| REBECCA NELSON<br>*Plaintiff(s)*<br>v.<br>SRS DISTRIBUTION, INC. d/b/a SRS BUILDING PRODUCTS<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-2805-KCD-KRH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SRS DISTRIBUTION, INC. d/b/a SRS BUILDING PRODUCTS
Corporate Service Company, Registered Agent
1201 Hays ST
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason L. Gunter, Esq.
GunterFirm
2165 W. First St., #104
Fort Myers, FL 33901
Email: info@gunterfirm.com
Phone: (239) 334-7017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Stephanie J. Dowd

Date: October 15, 2026

*Signature of Clerk or Deputy Clerk*